NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JANE DOE,                                )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D18-5012
                                         )
STEAK N SHAKE OPERATIONS, INC.,          )
a wholly owned subsidiary of Biglari     )
Holdings, Inc., a foreign corporation,   )
and RAHEEM BELL,                         )
                                         )
            Appellees.                   )
_____  )

Opinion filed November 13, 2019.

Appeal from the Circuit Court for Pinellas
County; Amy M. Williams, Judge.

Robert E. Heyman of Heyman Law Firm,
P.A., St. Petersburg, for Appellant.

George E. Nader and Lindsay Patrick
Lopez of Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A.,
Tampa, for Appellee Steak N Shake
Operations, Inc.

No Appearance for Appellee Raheem
Bell.


PER CURIAM.


            Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.